**Violation Notice**

Violation Number: **R 3162855**

Officer Name (Print): **MSIAC** | Officer No.

YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 02/02/2007 | DE TITLE 11 SEC 601 |

Place of Offense: **Building 260 DAFB Commissary**

Offense Description: **OffensiVe Touching**

**DEFENDANT INFORMATION**

Last Name: **Burgess** | First Name: **Elizabeth** | M.I. **J.**

Street Address: **288 Spring Road**

City: **Millington** | State: **MD** | Zip Code: **21657**

Drivers License No: **MD** | D.L. State: **MD** | Social Security No. | Date of Birth (mm/dd/yyyy): **1947**

☒ Adult ☐ Juvenile | Sex ☐ Male ☒ Female | Hair **BR** | Eyes **BR** | Height **4'4"** | Weight **125**

**VEHICLE DESCRIPTION**  VIN

Tag No | State | Year | Make/Model | Color

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

PAY THIS AMOUNT → | $ Forfeiture Amount
| $ + $25 Processing Fee
| $ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: **The Federal Building**
**U.S. District Court**
**844 King St**
**Wilmington DE 19801**

Date (mm/dd/yyyy) | Time (hh:mm)

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature  **Burgess Elizabeth Jr**

REDACTED

---

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **13 feb**, 20 **007** while exercising my duties as a law enforcement officer in the _____ Kent Co., District of Delaware

your thought that commission was issued on 13 Feb07 after the investigation of the incident which was reported on 2 Feb07. On 2 Feb07 MRS Burgess appeared for attempted shoplifting in the DAFB Commissary and violently struck the victim Sgt Dias so the chief called the victim Bethany the chief in the mid section Burgess is a store employee and complained it to toyr shlcurged Shoplifting in the Commissary.

The foregoing statement is based upon

☒ my personal observation   ☒ my personal investigation

☐ information supplied to me from my fellow officer's observation

☒ other (explain above)  wmkia corpanus

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on  **02-13-2007**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

OVR Scan 3/9/2007 11:33:50