## Violation Notice

DE-10

| Violation Number | Officer Name (Print) | Officer No |
|---|---|---|
| R 3162856 | MSgt Jerry Messick | M-7478 |

R 3162856

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 02/02/2007 | DE Title 11 Sec 602 |

Place of Offense: Building 268 DAFB Commissary

Offense Description: MENACING

**DEFENDANT INFORMATION** Phone ( )

| Last Name | First Name | M I |
|---|---|---|
| Burgess | Elizabeth | J. |

Street Address: 288 Spring Road

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Millington | MD | 21657 | 1947 |

| Drivers License No | D L State | Social Security No |
|---|---|---|
| | MD | 4142 |

☒ Adult ☐ Juvenile Sex ☐ Male ☒ Female

| Hair | Eyes | Height | Weight |
|---|---|---|---|
| BZ | BR | 64" | 155 |

**VEHICLE DESCRIPTION** VIN

| Tag No | State | Year | Make/Model | Color |
|---|---|---|---|---|
| | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

$ Forfeiture Amount

+ $25 Processing Fee

PAY THIS AMOUNT → $ Total Collateral Due

**YOUR COURT DATE**

(If no court appearance date is shown you will be notified of your appearance date by mail)

Court Address: The Federal Building, U.S. District Court, 844 King St, Wilmington DE 19801

Date (mm/dd/yyyy)

Time (hh mm)

My signature signifies that I have received a copy of this violation notice It is not an admission of guilt I promise to appear for the hearing at the time and place instructed or pay the total collateral due

X Defendant Signature: Refused to Sign [illegible]

REDACTED

## STATEMENT OF PROBABLE CAUSE

(For issuance of an arrest warrant or summons)

I state that on 13 Feb, 2007 while exercising my duties as a law enforcement officer in the Kent Co. District of Delaware

Your Honor, This citation was issued after investigation of the 2 Feb incident. On 2 Feb 07, Burgess allegedly grabbed a strangers shopping cart and violently shook it while simultaneously showing her fist within 12" of a strangers face. While doing this she verbalized comments about our troops dying and how many more have to die before he brings them home. Burgess made no verbal threats towards said victim but victims perceived they were in danger.

The foregoing statement is based upon

my personal observation

✗ my personal investigation

information supplied to me from my fellow officer s observation

other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on 02-13-2007 [signature]

Date (mm/dd/yyyy) Officer s Signature

Probable cause has been stated for the issuance of a warrant

Executed on

Date (mm/dd/yyyy) U S Magistrate Judge

CVB Scan 3/2/2007 11 33 50