IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

    Plaintiff, :

    v. : VIOLATION NOTICE NO. R3162856 R3162855

Elizabeth J. Burgess :

    Defendant. :

## MOTION AND ORDER TO DISMISS

**NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for _Elizabeth J. Burgess_.

                                                      COLM F. CONNOLLY
                                                    United States Attorney

BY: _____
                                                      KHELA VON LINSOWE, ~~Captain~~, USAF
                                                      Special Assistant United States Attorney

DATE: August 22, 2007

**IT IS SO ORDERED** this _22ND_ day of _AUGUST_ 2007.

                                                      _____
                                                      HONORABLE MARY PAT THYNGE
                                                      United States Magistrate Judge

FILED

AUG 22 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE